_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
October 01, 2014

**RICHARD E. HAWKINS, ESQ.**
Nevada Bar #3731
**HAWKINS, BOLEY & ALDABBAGH**
3143 Industrial Road
Las Vegas, NV  89109
Telephone: 702 / 435-3333
`dochawk@hbaLawFirm.com`
*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| I<small>N RE</small><br>MANNY VIRAY<br>            Debtor, | Case No.:    14-10144-btb<br>Chapter:      13<br><br>Date:          September 25, 2014<br>Time:          2:30 P.M. |

### Order Sustaining Objection to Claim 8 of the Army & Air Force Exchange Services Employment Security Division

This matter having come before this court at the above date and time, with Richard E. Hawkins, Esq. appearing for Debtor, and no other appearances being made, and good cause appearing,

IT IS ORDERED Claim 8 of the Air Force Exchange Services Employment Security Division is disallowed as a secured claim, and allowed as an unsecured claim.

SO ORDERED

Submitted by:

1

By: /s/ RE Hawkins    9/30/MMXIV
Richard E. Hawkins, Esq.
Nevada Bar #3731
Attorney for Debtor

LR 9021 Certification:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_____ The court has waived the requirement of approval under LR 9021(b)1).

_____No party appeared at the hearing or filed an objection to the motion.

__XX__I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

    Unrepresented parties appearing: None

    Counsel Appearing:   Ben Chamblis, Esq., for Trustee Rick Yarnall     No Response

    ###

2